OCTOBER 28, 1802.

# James Roberts *v.* Samuel Todd.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Franklin county.*

Where a replevy bond is taken for too much the obligee therein will not be allowed to proceed thereon until he credits it with the excess together with the costs of the obligor in procuring the correction.

NOVEMBER 3, 1802.

The Same *against* The Same—Upon the Same.

One of the errors assigned is, " that the execution on the replevy bond issued for too much."

When judgment was rendered in this cause on the 22d day of this term, by miscalculation, the court supposed that the excess was only a few pence, but it now finds the excess to be 4s 2¾. It is to be lamented that errors of this kind can not always be corrected with less expense and delay than must necessarily attend an application to this court; but upon reconsideration the court conceives itself bound to rectify them in some equitable way until it shall be otherwise provided by the legislature.

Wherefore, it is ordered that the said judgment be set aside; and it is now considered by the court that the plaintiff in the court below shall not proceed on the said replevy bond until a credit shall be endorsed thereon for the said 4s 2¾, and also for the

amount of the costs of the plaintiff in this court expended in pros-
ecuting this writ of error, which being done, an execution may
issue for the residue of the said replevy bond, which is ordered to
be certified to the said court.